## Husbands, Receiver v. Fidelity Trust & Deposit Co.

(Decided September 26, 1911.)

### Appeal from McCracken Circuit Court.

J. G. HUSBANDS and WM. MARBLE for appellant.

J. D. MOCQUOT and J. C. FLOURNOY for appellee.

EXTENDED OPINION PER CURIAM.

The opinion herein is extended so as to permit the appellant to at least retain any money received by him on the judgment appealed from which has been distributed to creditors pending the distribution of the case in the lower court.

See original case, 144 Ky., 93.